USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
:
JAVIER HERNANDEZ, Individually and On :
Behalf of Others Similarly Situated, :
:
                      Plaintiff, :
:
             -v-                    :     1:18-cv-8675-GHW
:     1:17-cv-2064-GHW
ETHOS GALLERY 51, LLC d/b/a ETHOS :
GALLERY 51, CHRISTOS :
PANAGIOTOPOULOS, IOANNIS :     ORDER
CHATIRIS, :
:
                      Defendants. :
:
-------------------------------------------------------------X
-------------------------------------------------------------X
:
JUAN TORRES, BUENAVENTURA :
CASIANO MENDOZA, GERARDO :
CONTRERAS MORALES, DIONELDO :
VELASQUEZ NAVARRO, FLORENTE :
SOLANO GARCIA, ENRIQUE ROMERO, :
JOSE GERARDO CARRETERO GUTIERREZ,:
JOSE MARIO UBALDO MORENO, GABINO :
PAJARITO, :
:
                      Plaintiffs, :
:
             -v -                 :
:
ETHOS GALLERY 51, LLC, LITTLE WEST :
RESTAURANT LLC, IOANNIS CHATIRIS, and :
CHRISTOPHER PANAGIOTOPOULOS, :
:
                      Defendants. :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated October 16, 2019, the parties were directed to submit their motions to approve the proposed settlement to the Court by November 16, 2019.  Dkt No. 73.  That deadline has passed.  Accordingly, the parties are directed to submit their proposed settlement or a status update to the Court no later than December 23, 2019.

SO ORDERED.

Dated: December 18, 2019
New York, New York

GREGORY H. WOODS
United States District Judge

2