USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JAVIER HERNANDEZ, Individually and On :
Behalf of Others Similarly Situated, :
:
                    Plaintiff, :
:    1:18-cv-8675-GHW
              -v- :    1:17-cv-2064-GHW
:
ETHOS GALLERY 51, LLC d/b/a ETHOS :
GALLERY 51, CHRISTOS :    ORDER
PANAGIOTOPOULOS, IOANNIS :
CHATIRIS, :
:
                    Defendants. :
:
-----------------------------------------------------------X
------------------------------------------------------------ X
:
JUAN TORRES, BUENAVENTURA :
CASIANO MENDOZA, GERARDO :
CONTRERAS MORALES, DIONELDO :
VELASQUEZ NAVARRO, FLORENTE :
SOLANO GARCIA, ENRIQUE ROMERO, :
JOSE GERARDO CARRETERO GUTIERREZ,:
JOSE MARIO UBALDO MORENO, GABINO :
PAJARITO, :
:
                    Plaintiffs, :
:
              -v - :
:
ETHOS GALLERY 51, LLC, LITTLE WEST :
RESTAURANT LLC, IOANNIS CHATIRIS, and :
CHRISTOPHER PANAGIOTOPOULOS, :
:
                    Defendants. :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court will conduct a hearing by telephone to discuss the parties proposed settlement on January 22, 2020 at 2 p.m.  The parties are directed to call Chambers (212-805-0296) at that time with all parties on the line.

SO ORDERED.

Dated:  January 16, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge