```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
           :
JUAN TORRES, BUENAVENTURA    :
CASIANO MENDOZA, GERARDO    :
CONTRERAS MORALES, DIONELDO    :
VELASQUEZ NAVARRO, FLORENTE    :
SOLANO GARCIA, ENRIQUE ROMERO,    :
JOSE GERARDO CARRETERO    :
GUTIERREZ, JOSE MARIO UBALDO    :    1:17-cv-2064-GHW
MORENO, GABINO PAJARITO,    :
           :
         Plaintiffs,    :    ORDER
       -v -    :
           :
ETHOS GALLERY 51, LLC, LITTLE WEST    :
RESTAURANT LLC, IOANNIS CHATIRIS, and    :
CHRISTOPHER PANAGIOTOPOULOS,    :
           :
         Defendants    :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has received Plaintiffs' April 21, 2022 motion to enforce the settlement agreement. Defendants' opposition is due no later than May 5, 2022. Plaintiffs' reply, if any, is due May 12, 2022.

SO ORDERED.

Dated: April 22, 2022
New York, New York

                                             GREGORY H. WOODS
                                           United States District Judge