```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                                                                                                                          :

JUAN TORRES, BUENAVENTURA :
CASIANO MENDOZA, GERARDO :
CONTRERAS MORALES, DIONELDO :
VELASQUEZ NAVARRO, FLORENTE :
SOLANO GARCIA, ENRIQUE ROMERO, :
JOSE GERARDO CARRETERO :
GUTIERREZ, JOSE MARIO UBALDO :      1:17-cv-2064-GHW
MORENO, GABINO PAJARITO, :
                                                                                            :
                                             Plaintiffs, :                 ORDER
                   -v - :
                                                                                         :
ETHOS GALLERY 51, LLC, LITTLE WEST :
RESTAURANT LLC, IOANNIS CHATIRIS, and :
CHRISTOPHER PANAGIOTOPOULOS, :
                                                                                          :
                                           Defendants :
-------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On June 8, 2022, the Court held a conference to discuss the parties' respective positions regarding Plaintiff's motion to enforce the settlement agreement. For the reasons articulated on the record during that conference, the parties are ordered to submit a status letter no later than June 22, 2022 informing the Court of the status of their negotiations for resolving their dispute regarding the settlement agreement.

      SO ORDERED.

Dated: June 8, 2022
New York, New York
                                                                        GREGORY H. WOODS
                                                                      United States District Judge