```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                             :

JUAN TORRES, BUENAVENTURA
CASIANO MENDOZA, GERARDO
CONTRERAS MORALES, DIONELDO
VELASQUEZ NAVARRO, FLORENTE
SOLANO GARCIA, ENRIQUE ROMERO,
JOSE GERARDO CARRETERO
GUTIERREZ, JOSE MARIO UBALDO         :         1:17-cv-2064-GHW
MORENO, GABINO PAJARITO,

                                Plaintiffs,                        ORDER
                  -v -

ETHOS GALLERY 51, LLC, LITTLE WEST
RESTAURANT LLC, IOANNIS CHATIRIS, and
CHRISTOPHER PANAGIOTOPOULOS,

                                Defendants
-------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On August 9, 2022, the Court held a conference to discuss the settlement agreement submitted by Plaintiffs on July 21, 2022. Dkt. No. 110. As articulated on the record during that conference, the parties are ordered to submit a joint letter stating whether the parties are requesting that the Court approve that settlement agreement, and if so, the grounds for the Court to do so. That submission is due no later than August 16, 2022.

In addition, during that conference, Plaintiffs' counsel confirmed that Plaintiffs are withdrawing their motion to enforce the settlement agreement. Dkt. No. 97. Accordingly, the Clerk of Court is directed to terminate the motion at Dkt. No. 97.

SO ORDERED.

Dated: August 10, 2022                                 _____
New York, New York                                       GREGORY H. WOODS
                                                            United States District Judge